# Court of Appeals
# of the State of Georgia

ATLANTA, January 17, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0801. STEPHEN C. HAMILTON v. THE STATE.**

Stephen C. Hamilton filed a petition under OCGA § 42-1-19 seeking his removal from the sex offender registry. The trial court denied the petition, and Hamilton appeals this ruling. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (5.2), an application for discretionary appeal is required to appeal a superior court's order granting or denying a petition for release pursuant to OCGA § 42-1-19. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 01/17/2023

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.